IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:24-CV-61840-DSL

JACOB ARTHUR LYLE,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION LLC, DISCOVER BANK (DFS),
TD BANK, N.A.,

    Defendants.

### NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY

**NOTICE IS HEREBY GIVEN** that Plaintiff Jacob Arthur Lyle and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Trans Union only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 31st day of October 2024,

By:*/s/ David Pinkhasov*
David Pinkhasov, FL #1040933
**CONSUMER ATTORNEYS**
72-47 139th Street
Flushing, NY 11367
T: (718) 701-4605
E: dpinkhasov@consumerattorneys.com

Catherine Tillman, Esq., FL #0057663

CONSUMER ATTORNEYS
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

Attorneys for Plaintiff,
Jacob Arthur Lyle