IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:24-CV-61840-DSL

JACOB ARTHUR LYLE,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, DISCOVER BANK, TD BANK, N.A.,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AS TO DEFENDANT
TRANS UNION LLC ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Jacob Arthur Lyle ("Plaintiff" or "Mr. Lyle") hereby voluntarily dismisses his claims in this matter against Defendant Trans Union LLC, with prejudice.

//

1/2

*Lyle v. Experian Information Solutions, Inc. et al*
Notice of Voluntary Dismissal with
Prejudice as to Defendant Trans Union LLC

RESPECTFULLY SUBMITTED this 18th day of November 2024

<u>By: Catherine Tillman</u>
Catherine Tillman, Esq., FL #0057663
**CONSUMER ATTORNEYS**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

David Pinkhasov, FL #1040933
**CONSUMER ATTORNEYS**
72-47 139th Street
Flushing, NY 11367
T: (718) 701-4605
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff,*
*Jacob Arthur Lyle*

2/2

*Lyle v. Experian Information Solutions, Inc. et al*
Notice of Voluntary Dismissal with Prejudice as to Defendant Trans Union LLC