**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**Case No.**: 0:24-CV-61840-DSL

JACOB ARTHUR LYLE,

       Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION LLC, DISCOVER BANK, TD
BANK, N.A.,

       Defendants.

## NOTICE OF SETTLEMENT AS TO DEFENDANT DISCOVER BANK

**NOTICE IS HEREBY GIVEN** that Plaintiff Jacob Arthur Lyle and Defendant Discover Bank ("Discover"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Discover Bank only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

RESPECTFULLY SUBMITTED this 18th day of February 2025

                                            By:*/s/ Catherine Tillman*
                                            Catherine Tillman, Esq., FL #0057663
                                            CONSUMER JUSTICE LAW FIRM PLC
                                            8095 N. 85th Way
                                            Scottsdale, AZ 85258
                                            T: (941) 263-7310
                                            F: (480) 613-7733
                                            E: ctillman@consumerjustice.com

                                            *Attorneys for Plaintiff,*
                                            *Jacob Arthur Lyle*