UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61840-LEIBOWITZ

JACOB ARTHUR LYLE,

    *Plaintiff*,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Settlement as to Defendant TD Bank, N.A. Only [ECF No. 53], filed on March 3, 2025. The parties are hereby directed to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within sixty (60) days from the date of this Order. If such papers are not filed within the time specified, this matter will be dismissed, and the Court will be divested of jurisdiction to enforce the settlement agreement. All existing deadlines are **TERMINATED** as to Defendant TD Bank. Because Plaintiff has filed notices of settlement as to all Defendants, the Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on March 3, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record