UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61840-LEIBOWITZ

JACOB ARTHUR LYLE,

    *Plaintiff,*

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Stipulation of Dismissal with Prejudice as to Defendant Discover Bank Only [ECF No. 57], filed on May 1, 2025. Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby **ORDERED AND ADJUDGED** that Defendant Discover Bank is **DISMISSED** *with prejudice* from this case. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on May 1, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record